IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GARDNER BRADLEY,**

    **Plaintiff,**

v.                                                      **Civil Action No. 3:07cv112**
                                                           **(Judge Bailey)**

**GENERAL COUNSEL, KIM WHITE,**
**JOE DRIVER and Mr. HOWELL,**

    **Respondent.**

## ORDER GRANTING PLAINTIFF'S
## REQUEST FOR EXTENSION OF TIME

The *pro se* plaintiff initiated this action on August 23, 2007, by filing a civil rights complaint and a motion to proceed as a pauper. However, because the plaintiff did not file an executed Consent to Collection of Fees form, or a Prisoner Trust Account Report ("PTAR"), the Court was unable to determine the plaintiff's eligibility to proceed as a pauper at that time. Therefore, on August 23, 2007, the Clerk sent the plaintiff a deficiency notice advising him that he has thirty (30) days to file the missing forms.

On August 29, 2007, the Court received an executed Consent to Collection of Fees form from the plaintiff. Shortly thereafter, the Court also received a motion for extension of time to file a PTAR. In the motion, the plaintiff asserts that the completion of the PTAR must be done by the institution and therefore, its timely filing is beyond his control. Moreover, the plaintiff asserts that the institution at which he is confined is currently on lockdown status. According to the plaintiff, all administrative duties are suspended during lockdown status and will remain so until the prison returns to normal operations. Thus, the plaintiff seeks additional time in which to file his PTAR.

For good cause shown, the plaintiff's motion to extend time to file his PTAR (dckt. 7) is **GRANTED**. A review of the file shows that the plaintiff's PTAR is currently due September 23, 2007. The plaintiff will be given an additional **twenty (20) days** from that date, or until **October 14, 2007**, to file the completed form.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: September14, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE